UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 9, 2012

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 14- |
| v. : | |
| SHERRI DAVIS, : | VIOLATIONS: |
| Defendant. : | 18 U.S.C. § 371 (Conspiracy); |
| : | 26 U.S.C. § 7206(1) (False tax returns); |
| : | 26 U.S.C. § 7206(2) (Aiding and assisting the preparation of false tax returns). |

Case: 1:14-cr-00037
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 2/26/2014
Description: INDICTMENT (B)

## INDICTMENT

The Grand Jury for the District of Columbia charges that:

### COUNT ONE
### Conspiracy

### Introduction

At all times relevant to this Indictment:

1. The Internal Revenue Service ("IRS") is an agency within the United States Department of the Treasury responsible for administering and enforcing the tax laws regarding the ascertainment, computation, assessment, and collection of taxes owed to the United States by its citizens and businesses.

2. Citizens of the United States who earn income in any one calendar year in excess of a threshold amount are obligated to file a U.S. Individual Income Tax Return, Form 1040 ("Form 1040") with the IRS for that calendar year.

3. Schedule C of the Form 1040 is used to report income or loss from a business operated or a profession practiced as a sole proprietor. An activity qualifies as a business if the

primary purpose for engaging in the activity is for income or profit and the activity is continuous and regular. A sporadic activity or a hobby does not qualify as a business.

4. Schedule A of the Form 1040 is used to figure itemized deductions.

5. From in or about 2003 continuing through in or about 2011, the defendant, SHERRI DAVIS, owned and operated 2FT Fast Facts Tax Service, hereinafter referred to as "2FT," a tax return preparation business, located on Harvard Street, NW, Washington, D.C. Beginning in approximately 2007, 2FT relocated to Burke Street, SE, Washington, D.C.

6. From in or about January of 2006 and continuing through in or about April of 2011, co-conspirator LADONNA DAVIS, charged elsewhere, worked for 2FT from approximately January through May of each year.

7. From in or about January of 2006, and continuing through in or about April of 2011, within the District of Columbia and elsewhere, the defendant, SHERRI DAVIS, co-conspirator, LADONNA DAVIS, and other individuals whose identities are known and unknown to the grand jury, did unlawfully, knowingly, and willfully, conspire and agree together and with each other, and with persons both known and unknown, to defraud the IRS, by impeding, impairing, obstructing and defeating the lawful functions of the IRS, in the ascertainment, computation, assessment, and collection of revenue, to wit, income taxes; through the preparation and filing of false and fraudulent individual income tax returns, Forms 1040, which included false and fraudulent Schedules A and Schedules C, and which claimed deductions, expenses, losses, and credits to which 2FT clients were not entitled and thereby generated fraudulent income tax refunds.

## MANNER AND MEANS

8. In order to further the conspiracy, the defendant, SHERRI DAVIS, co-conspirator LADONNA DAVIS, and other individuals whose identities are known and unknown to the grand jury, used the following manner and means, among others, in the District of Columbia, and elsewhere:

a. From in or about 2003, the defendant, SHERRI DAVIS, operated a tax return preparation service, initially located on Harvard Street, NW, Washington, D.C. and relocated in approximately 2007, to Burke Street, SE, Washington, D.C.

b. The defendant, SHERRI DAVIS and co-conspirator, LADONNA DAVIS, falsified Schedules A and Schedules C for 2FT clients, in order to reduce clients' taxable income and get a larger refund than what the client was entitled to receive if a truthful return were filed.

c. The defendant, SHERRI DAVIS, instructed and taught co-conspirator, LADONNA DAVIS, to falsify Schedules A and Schedules C for 2FT clients, in order to reduce clients' taxable income and to get a larger refund than what the client was entitled to receive if a truthful return were filed.

d. The defendant, SHERRI DAVIS, and co-conspirator, LADONNA DAVIS, provided 2FT clients with false documentation regarding false Schedule A charitable contributions claimed on their individual income tax returns for use in a potential future or pending audit;

e. The defendant, SHERRI DAVIS, and co-conspirator, LADONNA DAVIS, caused false documentation to be provided to 2FT clients regarding false mileage expenses claimed on their individual income tax returns for use in a potential future or pending audit.

.

## OVERT ACTS

9. Within the District of Columbia, and elsewhere, in furtherance of the above-described conspiracy, the defendant, SHERRI DAVIS, co-conspirator, LADONNA DAVIS, and other individuals whose identities are known and unknown to the grand jury committed the following overt acts, among others:

   a. On or about January 2, 2007, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS, a 2006 Form 1040, for client "C.L.," which falsely claimed on the Schedule C car and truck expenses in the amount of $5,563. The Form 1040 falsely claimed an income tax refund due in the amount of $2,232.

   b. On or about January 23, 2007, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS, a 2006 Form 1040, for client "D.H.," which falsely claimed on the Schedule C car and truck expenses in the amount of $13,350. The Form 1040 falsely claimed an income tax refund due in the amount of $9,315.

   c. On or about February 2, 2007, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS, a 2006 Form 1040, for client "L.M.," which falsely claimed on the Schedule A job expenses and certain miscellaneous deductions in the amount of $30,600. The Form 1040 falsely claimed an income tax refund due in the amount of $6,978.

   d. On or about February 11, 2007, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS, a 2006 Form 1040, for client "R.L.," which falsely claimed on the Schedule A unreimbursed job expenses and miscellaneous deductions of $29,610, and falsely claimed on the Schedule C car and truck expenses in the amount of $20,025, and

"other expenses," in the amount of $960. The Form 1040 falsely claimed an income tax refund due in the amount of $3,332.

e. On or about January 14, 2008, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS, a 2007 Form 1040 for client "C.L.," which falsely claimed on the Schedule A unreimbursed employee expenses of $18,535. The Form 1040 falsely claimed an income tax refund due in the amount of $2,065.

f. On or about January 28, 2008, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS a 2007 Form 1040, for client "L.M.," which falsely claimed on the Schedule C car and truck expenses in the amount of $46,075 and "other expenses," in the amount of $5,000. The Form 1040 falsely claimed an income tax refund due in the amount of $10,975.

g. On or about February 6, 2008, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS a 2007 Form 1040, for client "R.L.," which falsely claimed on the Schedule C car and truck expenses in the amount of $26,675. The Form 1040 falsely claimed an income tax refund due in the amount of $7,071.

h. On or about February 8, 2008, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS a 2007 Form 1040, for client "D.H.," which falsely claimed on the Schedule C car and truck expenses in the amount of $20,370. The Form 1040 falsely claimed an income tax refund due in the amount of $10,327.

i. On or about February 3, 2009, co-conspirator, LADONNA DAVIS, prepared and caused to be electronically filed with the IRS a 2008 Form 1040, for client "C.L.," which falsely claimed on the Schedule A job expenses and certain miscellaneous deductions in the

amount of $19,065. The Form 1040 falsely claimed in income tax refund due in the amount of $2,029.

j. On or about February 5, 2009, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS a 2008 Form 1040, for client "R.L.," which falsely claimed on the Schedule C car and truck expenses in the amount of $41,420. The Form 1040 falsely claimed an income tax refund due in the amount of $9,093.

k. On or about February 5, 2009, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS a 2008 Form 1040, for client "L.M.," which falsely claimed on the Schedule C car and truck expenses in the amount of $38,150. The Form 1040 falsely claimed an income tax refund due in the amount of $9,251.

l. On or about February 21, 2009, co-conspirator, LADONNA DAVIS, prepared and caused to be electronically filed with the IRS a 2008 Form 1040, for client "D.H.," which falsely claimed on the Schedule C car and truck expenses of $21,800. The Form 1040 falsely claimed an income tax refund due in the amount of $8,112.

m. On or about February 4, 2010, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS a 2009 Form 1040, for client "R.L.," which falsely claimed on the Schedule A gifts to charity of $15,000. The Form 1040 falsely reported an income tax refund due in the amount of $2,147.

n. On or about February 27, 2010, co-conspirator, LADONNA DAVIS, prepared and caused to be electronically filed with the IRS a 2009 Form 1040, for client "L.M.," which falsely claimed on the Schedule A gifts to charity of $47,450. The Form 1040 falsely reported an income tax refund due in the amount of $5,952.

  o. On or about February 11, 2010, co-conspirator, LADONNA DAVIS, prepared and caused to be electronically filed with the IRS a 2009 Form 1040, for client "D.H.," which falsely claimed on the Schedule A gifts to charity of $17,000. The Form 1040 falsely claimed an income tax refund due in the amount of $7,106.

  p. On or about February 14, 2011, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS a 2010 Form 1040, for client "R.L," which falsely claimed on the Schedule A gifts to charity of $17,500. The Form 1040 falsely reported an income tax refund due in the amount of $2,157.

  q. On or about March 6, 2011, the defendant, SHERRI DAVIS, prepared and caused to be electronically filed with the IRS a 2010 Form 1040, for client "A.H.," which falsely claimed on the Schedule A cash to charity in the amount of $45,000, and unreimbursed job expenses and miscellaneous deductions of $9,313. The Form 1040 falsely claimed a tax refund due in the amount of $15,852.

(All in violation of Title 18, United States Code, Sections 371 and 2).

## COUNTS TWO THROUGH FOURTEEN
## AIDING AND ASSISTING IN THE PREPARATION OF FALSE RETURNS

  10. The allegations contained in Paragraphs 1 through 6 and 8 through 9 of this Indictment are re-alleged and incorporated as if fully set forth herein.

  11. On or about the dates set forth below, in the District of Columbia and elsewhere, defendant

**SHERRI DAVIS,**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS, of U.S. Individual Income Tax Returns, Forms 1040, along with the accompanying schedules, for the taxpayers and tax years specified below, which were false and fraudulent as to

material matters, in that they represented, among other things, that these taxpayers were entitled under the provisions of the Internal Revenue laws to claim, among other things, deductions, expenses, losses, and credits for items and in amounts hereinafter specified, whereas, as the defendant then and there knew, the taxpayers were not entitled to claim the specified deductions, expenses, losses and credits in the claimed amounts, as set forth below:

| COUNT | TAXPAYER | TAX YEAR | DATE FILED (ON OR ABOUT) | FALSELY CLAIMED ITEM(S) | AMOUNT OF FALSE ITEM(S) CLAIMED |
|---|---|---|---|---|---|
| 2 | D.H. | 2007 | February 8, 2008 | a) Form 1040, Line 12: Business Loss<br>b) Schedule C, Line 1: Gross receipts<br>c) Schedule C, Line 9: Car and Truck Expenses | a) (-$19,620)<br>b) $750<br>c) $20,370 |
| 3 | R.L. | 2007 | February 6, 2008 | a) Form 1040, Line 12: Business Loss<br>b) Schedule C, Line 1: Gross receipts<br>c) Schedule C, Line 9: Car and Truck Expenses | a) (-$30,675)<br>b) $3,500<br>c) $26,675 |
| 4 | R.L. | 2008 | February 5, 2009 | a) Form 1040, Line 12: Business Loss<br>b) Schedule C, Line 1: Gross receipts<br>c) Schedule C, Line 9: Car and Truck Expenses | a) (-$39,920)<br>b) $1,500<br>c) $41,420 |
| 5 | R.L. | 2009 | February 4, 2010 | a) Schedule A, Line 17: Gifts to Charity | a) $15,000 |
| 6 | R.L. | 2010 | February 14, 2011 | a) Schedule A, Line 17: Gifts to Charity | a) $17,500 |
| 7 | A.H. | 2010 | March 6, 2011 | a) Schedule A, Line 17: Gifts to Charity<br>b) Schedule A, Line 23: Other Expenses | a) $45,000<br>b) $8,763 |
| 8 | A.H. | 2011 | April 15, 2012 | a) Schedule A, Line 17: Gifts to Charity<br>b) Schedule A, Line | a) $14,000<br>b) $14,280 |

| COUNT | TAXPAYER | TAX YEAR | DATE FILED (ON OR ABOUT) | FALSELY CLAIMED ITEM(S) | AMOUNT OF FALSE ITEM(S) CLAIMED |
|---|---|---|---|---|---|
| | | | | 24: Job Expenses and Certain Miscellaneous Deductions | |
| 9 | A.H. | 2012 | February 23, 2013 | a) Schedule A, Line 17: Gifts to Charity | a) $23,000 |
| 10 | L.M. | 2007 | January 28, 2008 | a) Form 1040, Line 12: Business Loss<br>b) Schedule C, Line 1: Gross receipts<br>c) Schedule C, Line 9: Car and Truck Expenses | a) (-$54,475)<br>b) $3,500<br>c) $46,075 |
| 11 | L.M. | 2008 | February 5, 2009 | a) Form 1040, Line 12: Business Loss<br>b) Schedule C, Line 1: Gross receipts<br>c) Schedule C, Line 9: Car and Truck Expenses | a) (-$37,550)<br>b) $600<br>c) $38,150 |
| 12 | C.L. | 2007 | January 14, 2008 | a) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | a) $18,535 |
| 13 | C.L. | 2012 | February 10, 2013 | a) Schedule A, Line 16: Gifts to Charity<br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | a) $250<br>b) $9,478 |
| 14 | M.L. | 2012 | February 21, 2013 | a) Schedule A, Line 16: Gifts to Charity<br>b) Schedule A, Line 24: Job Expenses and Certain Miscellaneous Deductions | a) $250<br>b) $9,243 |

(All in violation of Title 26 United States Code, Section 7206(2)).

9

## COUNTS FIFTEEN THROUGH SEVENTEEN
## FILING FALSE INDIVIDUAL INCOME TAX RETURNS

12. The allegations contained in Paragraphs 1 through 6 and 8 through 9 of this Indictment are re-alleged and incorporated as if fully set forth herein.

13. On or about the dates set forth below, in the District of Columbia and elsewhere, defendant

**SHERRI DAVIS,**

did willfully make and subscribe U.S. Individual Income Tax Returns, Forms 1040, for the tax years listed below, which were verified by written declaration that they were made under the penalties of perjury and which were filed with the IRS, which the defendant SHERRI DAVIS did not believe to be true and correct as to every material matter, in that the returns, among other things, underreported 2FT's gross receipts and falsely claimed business losses for 2FT, whereas the defendant SHERRI DAVIS then and there well knew, she earned substantially more income than reported and did not incur the claimed losses in the claimed amounts, as stated below:

| COUNT | TAX YEAR | DATE FILED (ON OR ABOUT) | FALSE ITEMS | AMOUNT OF FALSE ITEMS CLAIMED |
|---|---|---|---|---|
| 15 | 2007 | April 15, 2008 | a) Form 1040, Line 12: Business Loss<br>b) Form 1040, Line 22: Total Income<br>c) Schedule C, Line 1: Gross receipts | a) (-$22,825)<br>b) $6,276<br>c) $19,000 |
| 16 | 2008 | August 20, 2009 | a) Form 1040, Line 12: Business Loss<br>b) Form 1040, Line 22: Total Income<br>c) Schedule C, Line 1: Gross receipts | a) (-$24,904)<br>b) $42,598<br>c) $91,910 |
| 17 | 2009 | June 28, 2010 | a) Form 1040, Line 12: Business Loss<br>b) Form 1040, Line 22: Total Income<br>c) Schedule C, Line 1: Gross receipts | a) (-$25,642)<br>b) $48,677<br>c) $73,599 |

(All in violation of Title 26, United States Code, Section 7206(1)).

A TRUE BILL

_____
FOREPERSON


_____
Date

*[signature: Rosemary E. Paguni]*
ROSEMARY E. PAGUNI
Chief,
Tax Division, NCES
United States Department of Justice

11