**FILED**
**FEB 2 6 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT ~~ ~~~ ~~~~~~

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case: 1:14-cr-00037 |
| : | Assigned To : Kollar-Kotelly, Colleen |
| v. : | Assign. Date : 2/26/2014 |
| : | Description: INDICTMENT (B) |
| SHERRI DAVIS, : | VIOLATIONS: |
| **Defendant.** : | |
| : | 18 U.S.C. § 371 (Conspiracy to Defraud |
| : | the United States); 26 U.S.C. § 7206(1) |
| : | (filing false income tax returns); |
| : | 26 U.S.C. § 7206(2); (aiding and assisting |
| _____ : | (the filing of false income tax returns). |

## MOTION TO SEAL

The United States of America by and through its attorneys, Kathryn Keneally, Assistant Attorney General, Jessica Moran, Trial Attorney, and Tiwanna Fleming, Trial Attorney, United States Department of Justice - Tax Division, hereby moves this Court for an order sealing the Indictment and all other documents filed in the above-captioned matter because the defendant has not yet been arrested.

WHEREFORE, the government requests that this Motion, the Order, and all the other documents filed in this action be sealed until further order of the Court; and that one copy of the signed Indictment be provided by the Clerk to the U.S. Department of Justice Tax Division.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

By: *(signature)*
JESSICA MORAN
Trial Attorney
U.S. Department of Justice, Tax Division
601 D. Street, N.W. – Room 7544
Washington, DC 20530
jessica.n.moran@usdoj.gov
(202) 305-9814 (direct dial)